| | |
|---|---|
| 1 | Andrea Weiss Jeffries (State Bar No. 183408) |
| 2 | andrea.jeffries@wilmerhale.com |
|   | Matthew Benedetto (State Bar No. 252379) |
| 3 | matthew.benedetto@wilmerhale.com |
|   | David Peer (State Bar No. 301952) |
| 4 | david.peer@wilmerhale.com |
|   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 5 | 350 South Grand Avenue, Suite 2100 |
|   | Los Angeles, CA 90071 |
| 6 | Telephone: (213) 443-5300 |
| 7 | Facsimile: (213) 443-5400 |
| 8 | Attorneys *By Special Appearance* for Defendants |
|   | THE SANTA YNEZ BAND |
| 9 | OF CHUMASH MISSION INDIANS, |
|   | OF THE SANTA YNEZ RESERVATION, |
| 10 | VINCENT ARMENTA, GARY PACE, |
|    | KENNETH KAHN, RICHARD GOMEZ, |
| 11 | and DAVID DOMINGUEZ |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE THE VALLEY, LLC, a California Limited Liability Company, | Case No.: 2:15-cv-02463-RGK-MAN |
| | **CERTIFICATE OF SERVICE** |
| Plaintiff, | The Hon. R. Gary Klausner |
| vs. | Hearing Date: June 22, 2015 |
| | Time: 9:00 a.m. |
| THE SANTA YNEZ BAND OF CHUMASH INDIANS, an Indian Tribe, VINCENT ARMENTA, Tribal Chairman for the Santa Ynez Band of Mission Indians; GARY PACE, KENNETH KAHN, RICHARD GOMEZ, and DAVID DOMINGUEZ as Business Committee Members for the Santa Ynez Band of Mission Indians, | Courtroom: 850 |
| | Judge: Hon. R. Gary Klausner |
| Defendants. | |

# CERTIFICATE OF SERVICE

This is to certify that pursuant to Fed. R. Civ. P. 5, I have caused the following document:

DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE COMPLAINT

to be served via U.S. Mail upon the following counsel:

Matthew M. Clarke

Dugan P. Kelley

Matthew N. Mong

CHRISTMAN, KELLEY & CLARKE, PC

1334 Anacapa Street

Santa Barbara, CA 93101

I declare under penalty of perjury that the above is true and correct.  Executed at Los Angeles, California on June 8, 2015

                                               /s/ David Peer
                                               David Peer